**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE CANTU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MILLS, INC.,<br><br>　　　　Defendant. | Case No.  CV 24-10664-GW-PDx<br><br><br>**ORDER TO DISMISS** |

　　Based upon Plaintiff's Notice of Dismissal Without Prejudice [22] filed on March 24, 2025, it is hereby ORDERED that this action is dismissed without prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class.

　　IT IS SO ORDERED.

Dated: March 24, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE